IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALICIA MCGEE                                                                                                  PLAINTIFF

v.                                                                              CIVIL ACTION NO. 1:22-cv-00078-SA-DAS

COMMISSIONER OF SOCIAL SECURITY                                                                DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 3, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 7th day of September, 2022.

                                                                            /s/ Sharion Aycock
                                                                            UNITED STATES DISTRICT JUDGE