# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**ALICIA MCGEE**      **PLAINTIFF**

**V.**      **CIVIL ACTION NO. 1:22-CV-78-GHD-DAS**

**KILOLO KIJAKAZI, COMMISSIONER**
**OF SOCIAL SECURITY ADMINISTRATION**      **DEFENDANT**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 27, 2022, the Court entered an Order Adopting Report and Recommendation, requiring Plaintiff to pay the filing fee in connection with this case. Docket 4. The Order states that "[f]ailure to comply with this Order will lead to dismissal of this case without further notice." *Id.* Plaintiff has failed to comply with the Court's Order instructing her to pay the standard civil filing fee no later than August 26, 2022. *See* Docket. For this reason, Plaintiff's Complaint is dismissed under Federal Rule of Civil Procedure 41(b) without prejudice.

**SO ORDERED**, this the _____ day of September, 2022.

SENIOR U.S. DISTRICT JUDGE